DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 450A08-2 | Harriett Hurst Turner and John Henry Hurst v. The Hammocks Beach Corporation Inc., Nancy Sharpe Caird, Seth Dickman Sharpe, Susan Spear Sharpe, William August Sharpe, North Carolina State Board of Education, Roy A. Cooper, III, In His Capacity as Attorney General for the State of North Carolina | 1. Def's (Hammocks Beach Corporation, Inc.) PDR Under N.C.G.S. § 7A-31 (COA11-1420)<br><br>2. Def's (North Carolina State Board of Education) PDR Under N.C.G.S. § 7A-31 (COA11-1420)<br><br>3. Plts' Conditional PDR Under N.C.G.S. § 7A-31 (COA11-1420)<br><br>4. Plts' Conditional Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County | 1. Allowed<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed |
| --- | --- | --- | --- |
| 455P13 | State v. Marty Tarrell Gaston | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1) | Denied |
| 457P13 | State v. Richard Ula Helms, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1436) | Denied |
| 460P13 | Christopher Bullard v. N.C. Dept. of Public Safety, Div. of Adult Corrections, et. al. | 1. Plt's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP13-487)<br><br>2. Plt's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied **10/18/2013**<br><br>2. Denied **10/18/2013** |
| 461A13 | State v. Christopher L. Barnes | Motion of Anna S. Lucas to Withdraw as Appointed Counsel | Allowed **10/15/2013** |
| 465P13 | State v. Donald Oliver Ray Jones | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-602) | Denied |